No. D–990. IN RE DISBARMENT OF MILLER. It is ordered that John Ross Miller, of Salem, Ore., be suspended from the

practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.